UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cr-00078 |
| | ) | JUDGE RICHARDSON |
| KENNETH MUSE | ) | |

## **ORDER**

Defendant's Unopposed Motion to Continue Sentencing (Doc. No. 53) is granted. The sentencing hearing in this case is rescheduled for **September 9, 2025, at 10:00 a.m.**

Counsel are hereby given a standard reminder that any issues regarding, or requests for, (i) departing downward under U.S.S.G. § 5K2.23, (ii) running the sentence concurrent with the sentence in another case under subparagraph (b)(2) or subsection (c) or (d) of U.S.S.G. § 5G1.3, or (iii) adjusting the sentence downward under U.S.S.G. § 5G1.3(b)(1) should be raised in the filings made prior to sentencing.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE